UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| HOPE HUFFMAN | CIVIL ACTION |
| V. | NO. 17-4480 "H"(3) |
| UNIVERSITY MEDICAL CENTER MANAGEMENT CORPORATION ET AL | |

JUDGMENT

Pursuant to Plaintiff's Notice of Acceptance of Defendants' Offer of Judgment (Rec. Doc. 46);

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that judgment be entered in favor of plaintiff, Hope Huffman, and against defendants, University Medical Center Management Corporation and Louisiana Children's Medical Center in the amount of $25,000.00, inclusive of all recoverable damages, nominal damages, penalties, interest, costs, attorneys' fees, disbursements, expenses and any and all other expenses and damages to which plaintiff claims to be entitled and that she demands in her complaint, as amended, in the above-captioned lawsuit.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that Defendants implement the attached document entitled "Interpreter Services and Communication Services for Deaf and Hard-of-Hearing Patients."

Signed in New Orleans, Louisiana, this 2nd day of January, 2018.

_____
JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE